| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Joseph R. Manning, Jr<br>The Manning Law Office<br>4667 MacArthur Blvd<br>Suite 150<br>Newport Beach, CA 92660<br>949-200-8755 Fax: 866-843-8308<br>California State Bar Number: 223381<br>info@manninglawoffice.com<br><br>☐ *Debtor(s) appearing without an attorney*<br>☑ *Attorney for Debtor(s)* | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| In re<br>Paul Brian Garcia | CASE NO.: 2:15-bk-24769-NB<br>CHAPTER: 13 |
|---|---|
| | **DECLARATION SETTING FORTH POST PETITION, PRECONFIRMATION PAYMENTS ON:**<br>**1. DEEDS OF TRUST [OR MORTGAGES]**<br>**2. LEASES ON PERSONAL PROPERTY;**<br>**3. PURCHASE MONEY SECURITY LIENS ON PERSONAL PROPERTY**<br>**[LBR 3015-1(e) and LBR 3015-1(m)]** |
| Debtor(s). | [No Hearing Required] |

I, (*Debtor's name*), **Paul Brian Garcia**, hereby declare:

1. I am the debtor in this chapter 13 bankruptcy case that was filed on __**09/24/15**__.

2. On the next page I have listed all the payments I have made to secured creditors and lessors since the filing of my Chapter 13 petition.

3. I have provided the name of the secured creditor and/or lessor and the type of obligation to that secured creditor and/or lessor.

4. I understand that I must update the information on the next page and keep it current until my plan is confirmed.

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012    Page 1    F 3015-1.4.DEC.PRECONF.PYMTS

5. The following are the postpetition payments up to the date of plan confirmation (Payments) that I have caused to be mailed/delivered to the appropriate creditors (Creditor)[1]:

| Property Description | Creditor/Type of Loan | Payment Amount | Due Date[2] | Date Mailed/Delivered |
|---|---|---|---|---|
| **Personal Residence** | Name of Creditor (*printed*):<br><br>(*check one*)<br>☑ Deed of Trust/Mortgage<br>☐ Car loan<br>☐ Lease<br>☐ Other (*specify*): | $2,213.53 | 11/01/15 | 10/21/15 |
| | Name of Creditor (*printed*):<br><br>(*check one*)<br>☐ Deed of Trust/Mortgage<br>☐ Car loan<br>☐ Lease<br>☐ Other (*specify*): | | | |
| | Name of Creditor (*printed*):<br><br>(*check one*)<br>☐ Deed of Trust/Mortgage<br>☐ Car loan<br>☐ Lease<br>☐ Other (*specify*): | | | |
| | Name of Creditor (*printed*):<br><br>(*check one*)<br>☐ Deed of Trust/Mortgage<br>☐ Car loan<br>☐ Lease<br>☐ Other (*specify*): | | | |

---

[1] Attach additional pages if necessary.
[2] "Due Date" refers to the 1st day the Payment is due.

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012         Page 2         F 3015-1.4.DEC.PRECONF.PYMTS

| Property Description | Creditor/Type of Loan | Payment Amount | Due Date[3] | Date Mailed/Delivered |
|---|---|---|---|---|
| | Name of Creditor (*printed*): <br> (*check one*) <br> ☐ Deed of Trust/Mortgage <br> ☐ Car loan <br> ☐ Lease <br> ☐ Other (*specify*): _ | | | |
| | Name of Creditor (*printed*): <br> (*check one*) <br> ☐ Deed of Trust/Mortgage <br> ☐ Car loan <br> ☐ Lease <br> ☐ Other (*specify*): _ | | | |
| | Name of Creditor (*printed*): <br> (*check one*) <br> ☐ Deed of Trust/Mortgage <br> ☐ Car loan <br> ☐ Lease <br> ☐ Other (*specify*): _ | | | |

6. ☐ Continued on Attached Page.

7. I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Dated: **October 22, 2015**

                                                          **Paul Brian Garcia**
*Debtor*

[3]"Due Date" refers to the 1st day the Payment is due.

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*　　　　　　　　　　　Page 3　　　　　　**F 3015-1.4.DEC.PRECONF.PYMTS**

| | |
|---|---|
| 0074092  11-24 | |
| Office AU #  1210(8) | |

**CASHIER'S CHECK**

SERIAL #:  7409201698
ACCOUNT#:  4861-511467

Remitter:  PAUL GARCIA
Purchaser:  PAUL GARCIA
Purchaser Account:  3420999900
Operator I.D.:  u366476
Funding Source:  Cash

October 21, 2015

PAY TO THE ORDER OF   ***WELLS FARGO HOME MORTGAGE***

***Two thousand two hundred thirteen dollars and 53 cents***

**$2,213.53**

Payee Address:
Memo:  RE: 7080484148424 ... OLD ACT0043133222

WELLS FARGO BANK, N.A.
120 N GRAND AVE
GLENDORA, CA 91741
FOR INQUIRIES CALL (480) 394-3122

NOTICE TO PURCHASER–IF THIS INSTRUMENT IS LOST, STOLEN OR DESTROYED, YOU MAY REQUEST CANCELLATION AND REISSUANCE. AS A CONDITION TO CANCELLATION AND REISSUANCE, WELLS FARGO & COMPANY MAY IMPOSE A FEE AND REQUIRE AN INDEMNITY AGREEMENT AND BOND.

VOID IF OVER US $ 2,213.53

**NON-NEGOTIABLE**

**Purchaser Copy**

FB004  M4203  40279427

PRINTED ON LINEMARK PAPER - HOLD TO LIGHT TO VIEW - FOR ADDITIONAL SECURITY FEATURES SEE BACK

**CASHIER'S CHECK**

7409201698

0074092  11-24
Office AU #  1210(8)

Remitter:  PAUL GARCIA
Operator I.D.:  u366476

October 21, 2015

PAY TO THE ORDER OF   ***WELLS FARGO HOME MORTGAGE***

***Two thousand two hundred thirteen dollars and 53 cents***

**$2,213.53**

Payee Address:
Memo:  RE: 7080484148424 ... OLD ACT0043133222

WELLS FARGO BANK, N.A.
120 N GRAND AVE
GLENDORA, CA 91741
FOR INQUIRIES CALL (480) 394-3122

VOID IF OVER US $ 2,213.53

_Richard Levy_
CONTROLLER

⑈7409201698⑈  ⑆121000248⑆ 4861  511467⑈

---

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

For delivery information, visit our website at www.usps.com®

DES MOINES IA 50328

| | |
|---|---|
| Certified Mail Fee | $3.45 |
| Extra Services & Fees (check box, add fee as appropriate) | |
| ☐ Return Receipt (hardcopy) $ ____ | |
| ☐ Return Receipt (electronic) $ ____ | 0768 |
| ☐ Certified Mail Restricted Delivery $ ____ | 13 Postmark Here |
| ☐ Adult Signature Required $ N/A | |
| ☐ Adult Signature Restricted Delivery $ N/A | |
| Postage | $0.49 |
| | 10/21/2015 |
| Total Postage and Fees | $6.74 |

Sent To  Wells Fargo Active Bankruptcy
Street and Apt. No., or PO Box No.  1 Home Campus  MAC #X2302-02-04C
City, State, ZIP+4®  Des Moines IA 50328

PS Form 3800, April 2015  PSN 7530-02-000-9047    See Reverse for Instructions

7015 0640 0003 9422 0988

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
4667 MacArthur Blvd
Suite 150
Newport Beach, CA 92660

A true and correct copy of the foregoing document entitled (*specify*): __**Declaration Setting Forth Post Petition, Preconfirmation Payments On: Leases of Personal Property; Purchase Money Security Liens in Personal Property**__ will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On __**10/26/15**__, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Kathy A Dockery (TR)                    efiling@CH13LA.com
United States Trustee (LA)              ustpregion16.la.ecf@usdoj.gov
Recovery Management Systems Corporation claims@recoverycorp.com
BMW Financial Services NA, LLC          ecfnotices@ascensioncapitalgroup.com

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On __**10/26/15**__, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☑ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| October 26, 2015 | Diana Lopez  | /s/ Diana Lopez |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                            Page 4                    F 3015-1.4.DEC.PRECONF.PYMTS

Paul Brian Garcia
102 W Haltern Ave
Glendora, CA 91740


Joseph R. Manning, Jr
The Manning Law Office
4667 MacArthur Blvd
Suite 150
Newport Beach, CA 92660


Ag Intl Serv
2226 E Claire Dr
Phoenix, AZ 85022


Allied Credit/Alliance One
Attn: Bankruptcy
PO Box 2449
Gig Harbor, WA 98335


Amerassist Ar Solution
455 Hutchinson Ave S
Suite 5
Columbus, OH 43235


Bank of America
Recovery Department
4161 Piedmont Pkwy
Greensboro, NC 27410


Bank of America
Attn: Recovery Department
4161 Piedmont Pkwy
Greensboro, NC 27410


Brown & Joseph Ltd
1701 Golf Rd
Building 2
Rolling Meadows, IL 60008

Capital One Bank Usa N
Attn: Bankruptcy
PO Box 30285
Salt Lake City, UT 84130


Central Financial Control
Attention: Bankruptcy
PO Box 66044
Anaheim, CA 92816


Central Financial Control
Attention: Bankruptcy
PO Box 66044
Anaheim, CA 92816


CMRE Financial Svcs
3075 E Imperial Hwy
Brea, CA 92821


Comenity Bank/dressbrn
Attention: Bankruptcy
PO Box 182686
Columbus, OH 43218


Comnwlth Fin
245 Main Street
Scranton, PA 18519


Credit One Bank
PO Box 98873
Las Vegas, NV 89193


Ford Motor Credit Corp
PO Box 6275
Dearborn, MI 48121

Grant Mercantile Age
49099 Road 426
Oakhurst, CA 93644


Internal Revenue Service
Centralized Insolvency Operation
PO Box 21126
Philadelphia, PA 19114


Kohls/Cap One
N56 W 17000
Ridgewood Drive
Menomonee Falls, WI 53051


LA County Recorder
LAX Courthouse
11701 S La Cienega Blvd
6th Floor
Los Angeles, CA 90045


Legal Recovery Law Offices
5030 Camino De La Siesta #340
San Diego, CA 92108


Lvnv Funding LLC
C/o Resurgent Capital
Greenville, SC 29603


Medicredit, Inc.
PO Box 1629
Maryland Heights, MO 63043


Portfolio Recovery
Attn. Bankruptcy
PO Box 41067
Norfolk, VA 23541

```
State of CA
Franchise Tax Board
PO Box 942687
Sacramento, CA 94267


Wells Fargo
Attn. Bankruptcy Dept
T7419-015
PO Box 659558
San Antonio, TX 78265


Yamaha/gemb
GEMB/Attn. Bankruptcy Department
PO Box 103106
Roswell, GA 30076
```