KATHY A. DOCKERY
CHAPTER 13 TRUSTEE
801 S. FIGUEROA ST., SUITE 1850
LOS ANGELES, CA 90017
PHONE: (213) 996-4400
FAX: (213) 996-4426

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

| IN RE: | CASE NO.: 2:15-bk-24769-NB |
|---|---|
| PAUL BRIAN GARCIA | CHAPTER 13 |
| DEBTOR(S). | TRUSTEE'S NOTICE OF MOTION AND MOTION TO DISMISS CHAPTER 13 CASE DUE TO MATERIAL DEFAULT OF THE PLAN PURSUANT TO §1307(c)(6); DECLARATION OF KATHY A. DOCKERY IN SUPPORT THEREOF |
| | DATE: October 22, 2020<br>TIME: 11:00 am<br>PLACE: ROYBAL BUILDING<br>255 EAST TEMPLE STREET<br>Courtroom 1545 15th Floor<br>LOS ANGELES, CA 90012 |

**TO THE HONORABLE NEIL W. BASON, UNITED STATES BANKRUPTCY JUDGE, THE DEBTOR(S) AND ALL OTHER PARTIES IN INTEREST:**

PLEASE TAKE NOTICE that the Chapter 13 Trustee, Kathy A. Dockery, hereby moves for an order dismissing this case pursuant to 11 U.S.C. §1307(c)(6) due to material default by the Debtor with respect to a term of the confirmed plan.  <u>Specifically, the Debtor has failed to produce all Federal & State Income Tax Returns for the Trustee's inspection and review along with copies of the most recent forms W-2 and/or 1099, and a recent paystub if employed.</u>

**Pursuant to Local Bankruptcy Rule 9013-1(f)(1), notice is further given that any person opposing this motion shall, not later than fourteen (14) days prior to the above-referenced hearing date, serve upon the Chapter 13 Trustee and file with the clerk's office, a written statement explaining all reasons in opposition thereto.**

This Motion is based on this Notice, the Declaration of Kathy A. Dockery and any further argument and evidence offered at the hearing.

DATED: 8/12/20

_____
KATHY A. DOCKERY,

CHAPTER 13 TRUSTEE

**DECLARATION OF KATHY A. DOCKERY**

I, Kathy A. Dockery, declare as follows:

1. I am the duly appointed, qualified and standing Chapter 13 Trustee in this case and by virtue thereof, I have personal knowledge of files and records kept by my office in the regular course of business. I have personally reviewed the files and records kept by my office in the within case. The following facts are true and correct and within my own personal knowledge and I could and would testify competently thereto if called to do so.

2. On 11/19/15, this Court confirmed the Debtor's chapter 13 plan which requires the Debtor to produce a copy of all Federal & State Income Tax Returns during the plan term for my Office's inspection and review.

3. <u>The Debtor has failed to produce a copy of all post-confirmation Federal & State Income Tax Returns and form W-2 and/or 1099, and most recent paystub if employed and is therefore in material breach of the order confirming the plan.</u>

4. The Debtor has failed to produce Federal & State Income Tax Returns for the following tax year(s): **2019**.

I declare, under penalty of perjury, that the foregoing is true and correct.

DATED: 8/12/20

_____
KATHY A. DOCKERY,
CHAPTER 13 TRUSTEE