| FOR COURT USE ONLY |
|---|

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION    DIVISION**

Name of Debtor(s) listed on the bankruptcy case:

Paul B. Garcia

CASE NO.: 15-bk-24769-NB
CHAPTER: 13

## CHANGE OF MAILING ADDRESS

1. This change of mailing address is requested by:  ☒ Debtor  ☐ Joint-Debtor  ☐ Creditor

   Attorneys who wish to make a change of mailing address must use CM/ECF.

2. **Old Address:**

   Name(s):  Alliance One Receivables

   Mailing Address:  6565 Kimball Dr. Ste 200

   City, State, Zip Code:  Gig Harbor, WA 98335

3. **New Address:**

   Mailing Address:  LA County Treasurer and Tax Collector; Attn: Business License Section

   City, State, Zip Code:  P.O. Box 54970, Los Angeles, CA 90054-0970

4. ☐ Check here if you are a Debtor or a Joint Debtor and you receive court orders and notices by email through the Debtor Electronic Bankruptcy Noticing program (DeBN) rather than by U.S. mail to your mailing address. Please provide your DeBN account number below (DeBN account numbers can be located in the subject title of all emailed court orders and notices).

   Debtor's DeBN account number _____

   Joint Debtor's DeBN account number _____

Date: 09/14/2020

Paul B. Garcia
Requestor's printed name(s)

*[signature]*
Requestor's signature(s)

Title (if applicable, of corporate officer, partner, or agent)

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2015    F 1002-1.3.CHANGE.ADDRESS