KATHY A. DOCKERY
CHAPTER 13 TRUSTEE
801 S. FIGUEROA ST., SUITE 1850
LOS ANGELES, CA 90017
PHONE: (213) 996-4400
FAX: (213) 996-4426

## UNITED STATES BANKRUPTCY COURT

### CENTRAL DISTRICT OF CALIFORNIA

### LOS ANGELES DIVISION

| | |
|---|---|
| IN THE MATTER OF:<br><br>PAUL BRIAN GARCIA<br><br>                        DEBTOR(S). | CHAPTER 13<br><br>CASE NO.: 2:15-bk-24769-NB<br><br>**AMENDED NOTICE OF INTENT TO FILE TRUSTEE'S FINAL REPORT AND ACCOUNT, OBTAIN DISCHARGE OF CHAPTER 13 TRUSTEE AND CLOSE CASE** |

**TO THE HONORABLE NEIL W. BASON, UNITED STATES BANKRUPTCY JUDGE, THE DEBTOR(S), ATTORNEY OF RECORD FOR THE DEBTOR(S) AND ALL OTHER PARTIES IN INTEREST:**

NOTICE IS HEREBY GIVEN that the Standing Chapter 13 Trustee, KATHY A. DOCKERY ("TRUSTEE"), intends to file a Final Report and Account of your allowed claim, a copy of which is enclosed with this Notice; and

NOTICE IS FURTHER GIVEN that any party objecting to the Final Report and Account of their allowed claim must file and serve a written objection and request a hearing from the court. Any objection to the Final Report and Account must be served on the Trustee at the address set forth above, the Debtor(s) and the Debtor(s)' attorney of record, if applicable. Filing a Fee Application or Proof of Claim is not responsive to this notice and will not be deemed an objection to the final report. In the event no objection is filed within thirty (30) days after the date of service of this Notice, the Court will discharge the Trustee and close the case (see 11 U.S.C. §350 (a) and F.R.B.P., Rule 5009).

DATED: 10/30/2020

_____
Kathy A. Dockery, Trustee

Paul Brian Garcia

**2:15-bk-24769-NB**
**PETITION FILED: 9/24/15**

**(j) PAID IN FULL**

| Claim # | Acct # | Creditor | Claim Type | Scheduled Debt | Claim Amount | Int. Rate | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|---|---|
| DREF | | Paul Brian Garcia | | | | | $0.00 | |
| ATTY | | THE MANNING LAW OFFICE | ATTORNEY FEE | $0.00 | $0.00 | | | |
| | 4729 | LA COUNTY TREASURER AND TAX COLLECTOR | PRIORITY MISCELLANEOUS | $312.00 | $312.00 | | $312.00 | |
| 9 | 3CF3101 | LOS ANGELES COUNTY TAX COLLECTOR Filed: 09/04/20 | PRIORITY MISCELLANEOUS | $280.00 | $0.00 | | | |
| 9 | 3CF3101 | LOS ANGELES COUNTY TAX COLLECTOR Filed: 09/04/20 | PRIORITY MISCELLANEOUS | $284.00 | $0.00 | | | |
| 9 | 3CF3101 | LOS ANGELES COUNTY TAX COLLECTOR Filed: 09/04/20 | PRIORITY MISCELLANEOUS | $294.00 | $0.00 | | | |
| 9 | 3CF3101 | LOS ANGELES COUNTY TAX COLLECTOR Filed: 09/04/20 | PRIORITY MISCELLANEOUS | $301.00 | $0.00 | | | |
| 9 | 3CF3101 | LOS ANGELES COUNTY TAX COLLECTOR Filed: 09/04/20 | PRIORITY MISCELLANEOUS | $362.00 | $0.00 | | | |
| 1 | 9526'13' | INTERNAL REVENUE SERVICE Filed: 10/07/15 | PRIORITY - TAXES | $9,554.00 | $9,017.16 | | $9,017.16 | |
| 5 | 9526'13' | FRANCHISE TAX BOARD Filed: 12/21/15 | PRIORITY - TAXES | $3,463.00 | $2,880.04 | | $2,880.04 | |
| 8 | 6030 | US BANK, NA Filed: 01/27/16 | PRINCIPAL RESIDENCE | $78,126.65 | $78,126.65 | | $78,126.65 | |
| 4 | 4371 | WALTERS WHOLESALE ELECTRIC Filed: 12/11/15 | SECURED CLASS 3 | $0.00 | $5,020.87 | | $5,020.87 | |
| 6 | 4506 | SYNCHRONY BANK Filed: 01/11/16 | SECURED OMITTED CREDITOR | $0.00 | $0.00 | | | |
| | 1944 | Ag Intl Serv | UNSECURED | $240.00 | $0.00 | | | |
| | 9305 | Amerassist Ar Solution | UNSECURED | $184.00 | $0.00 | | | |
| | 3904 | Bank of America | UNSECURED | $9,839.00 | $0.00 | | | |
| | 8964 | Bank of America | UNSECURED | $269.00 | $0.00 | | | |
| | 6319 | Brown & Joseph Ltd | UNSECURED | $48.00 | $0.00 | | | |
| | 8487 | Capital One Bank Usa N | UNSECURED | $232.00 | $0.00 | | | |
| | 3602 | Central Financial Control | UNSECURED | $818.00 | $0.00 | | | |
| | 3601 | Central Financial Control | UNSECURED | $732.00 | $0.00 | | | |
| | 2667 | Cmre Financial Svcs | UNSECURED | $521.00 | $0.00 | | | |
| | 2872 | Cmre Financial Svcs | UNSECURED | $125.00 | $0.00 | | | |
| | 2530 | Cmre Financial Svcs | UNSECURED | $42.00 | $0.00 | | | |
| | 1321 | Cmre Financial Svcs | UNSECURED | $39.00 | $0.00 | | | |
| | 6004 | Comenity Bank/dressbrn | UNSECURED | $329.00 | $0.00 | | | |
| | 15N1 | Comnwlth Fin | UNSECURED | $250.00 | $0.00 | | | |
| | 1534 | Credit One Bank | UNSECURED | $487.00 | $0.00 | | | |
| | 10E1 | GRANT MERCANTILE AGE | UNSECURED | $50.00 | $0.00 | | | |
| | 4821 | Kohls/Cap One | UNSECURED | $643.00 | $0.00 | | | |
| | 6026 | Legal Recovery Law Offices | UNSECURED | $1,983.56 | $0.00 | | | |
| | 6376 | Lvnv Funding LLC | UNSECURED | $600.00 | $0.00 | | | |
| | 8362 | Medicredit, Inc. | UNSECURED | $208.00 | $0.00 | | | |
| | 8447 | Portfolio Recovery | UNSECURED | $1,050.00 | $0.00 | | | |
| 1 | 9526'13' | INTERNAL REVENUE SERVICE Filed: 10/07/15 | UNSECURED | $0.00 | $493.21 | | $191.86 | |
| 2 | 9526 | FORD MOTOR CREDIT COMPANY LLC Filed: 11/02/15 | UNSECURED | $1,325.84 | $1,325.84 | | $515.75 | |
| 5 | 9526'13' | FRANCHISE TAX BOARD Filed: 12/21/15 | UNSECURED | $0.00 | $446.37 | | $173.64 | |
| 6 | 4506 | SYNCHRONY BANK Filed: 01/11/16 | UNSECURED | $0.00 | $25,029.03 | | $9,736.29 | |
| 7 | 9407 | BMW BANK OF NORTH AMERICA Filed: 01/22/16 | SECURED BY VEHICLE CLASS 3 | $2,387.42 | $2,382.47 | | $2,382.47 | |
| TTE | | Trustee Fee | | | | | $7,883.14 | |

## SUMMARY OF RECEIPTS AND DISBURSEMENTS

| | |
|---|---:|
| **TOTAL RECEIPTS** | **$116,239.87** |
| CHAPTER 13 TRUSTEE FEES | $7,883.14 |
| DEBTOR ATTORNEY FEES | $0.00 |
| SECURED CLAIMS | $85,529.99 |
| OTHER PRIORITY CLAIMS | $12,209.20 |
| UNSECURED NON-PRIORITY CLAIMS | $10,617.54 |
| NET DEBTOR REFUNDS | $0.00 |
| **TOTAL DISBURSEMENTS** | **$116,239.87** |
| **UNDISTRIBUTED BALANCE ON HAND** | **$0.00** |

**\* Disbursement Summary Includes Interest Paid on Allowed Claims**